UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANGEL FRANCISCO LOPEZ GALVAN,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,

Respondents.

Case No.:  26-cv-2227-RSH-SBC

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On April 3, 2026, petitioner Angel Francisco Lopez Galvan filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. On April 7, 2026, the case was transferred to this District. ECF No. 6.

Petitioner asserts that he is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 1 ¶¶ 37, 41, 55. On April 14, 2026, Respondents filed a return stating that they do not oppose an order granting such relief. ECF No. 11 at 2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner before an immigration court within ***seven (7) days*** of this order pursuant to 8 U.S.C. § 1226(a), at which the government bears the burden to prove by clear and convincing evidence that Petitioner presents a flight risk or a danger to the community. The Court declines to order Petitioner's immediate release, as the Petition has not

established a legal basis for such relief.[1]

**IT IS SO ORDERED**.

Dated: April 14, 2026

_____
Hon. Robert S. Huie
United States District Judge

---

[1]     To the extent Petitioner seeks to recover attorneys' fees, he must do so pursuant to a noticed motion that complies with the Civil Local Rules of this Court and the undersigned's Pretrial Civil Procedures.